**Nos. 24-5384 & 24-5385**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

UNITED STATES OF AMERICA,
                *Plaintiff-Appellee*,

v.

WILLIAM LAWRENCE SIEFERT & TIMOTHY EHN,
                *Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Eastern District of Kentucky
No. 2:21-cr-2-DLB (Bunning, J.)

_____

## **JOINT MOTION TO CONTINUE ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), the United States of America, by and through undersigned counsel, and Defendant-Appellants Gregory Siefert and Timothy Ehn, by and through their undersigned counsel, move to continue the date of oral argument in this case, which is currently scheduled for 9:00 a.m. on Thursday, March 20, 2025. Defendant Gregory Siefert further requests that if the Court is amenable to rescheduling, the oral argument be rescheduled for a date after April 14, 2025. Defendant Timothy Ehn is currently in custody. Siefert is on release pending this appeal.

In support of this motion, counsel states the following:

1. Defendants were convicted at trial of health care fraud charges for their roles in a urine drug testing scheme run through a clinic they operated in northern Kentucky.

2. The United States filed a notice of unavailability for oral argument for the period between March 3, 2025, and April 1, 2025. *See* Doc. 51. After the Government filed its notice of unavailability, this Court scheduled oral argument for March 20, 2025. *See* Doc. 52.

3. Two of the attorneys assigned to present oral argument in this appeal are unavailable on the March 20 date set by the Court. Government counsel is unavailable because he is first-chairing a three-defendant healthcare fraud trial that is set to begin on March 3, 2025. *See United States v. Alzadon*, No. 5:23-cr-9-DCR-MAS (E.D. Ky.). Counsel for Defendant-Appellant Timothy Ehn is unavailable because he is representing one of the defendants in the *Alzadon* trial.

4. It is highly unlikely that the *Alzadon* trial will have concluded by March 20, 2025. The Government anticipates two weeks of proof, and the defendants have noticed dozens of witnesses that will likely take at least several trial days of additional examination. Between the additional time needed to select a jury, for closing summations from the Government and the three defendants, and then for jury deliberations, the trial is likely to finish after March 20, 2025. Moreover, even if the trial concludes before March 20, 2025, the press of the trial preparations will allow for inadequate time to prepare for the oral argument.

5. The parties are mindful of this Court's intent to promptly resolve criminal appeals and do not seek this extension of time to needlessly delay the process. The parties respectfully suggest, however, that this Court will benefit from oral argument conducted by the attorneys for Ehn and the Government who are the lead attorneys in the appeal. In addition, counsel for the Government was lead attorney for the trial proceedings that are now the subject of this appeal and has a deep familiarity with this case's sizeable record, which spans 2,600 pages of trial transcript, over 100 trial exhibits, and other transcripts and pleadings that span hundreds of additional pages. Likewise, while counsel for Ehn was not trial counsel, he was counsel for Ehn's sentencing and has extensive familiarity with the record.

***

For the foregoing reasons, the parties respectfully request a continuance of the current date for oral argument of March 20, 2025.

Dated: January 29, 2025

                                          Respectfully submitted,

                                          */s/ Dermot Lynch*
                                          Dermot Lynch
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Fraud Section, Criminal Division
                                          1400 New York Ave., N.W.
                                          Washington, D.C. 20005
                                          Tel: (202) 591-6015
                                          dermot.lynch@usdoj.gov

*/s/ Lindsay K. Gerdes*
Lindsay K. Gerdes
Michael J. Ferrara
DINSMORE & SHOHL LLP
255 E. 5th St., Suite 1900
Cincinnati, OH 45202
lindsay.gerdes@dinsmore.com
*Attorneys for Defendant-Appellant*
*William Lawrence Gregory Siefert, M.D.*

*/s/ Ronald W. Chapman II*
Ronald W. Chapman, Esq., LL.M.
MI Bar No. P73179
1441 West Long Lake Road, Suite 310
Troy, Michigan 48098
rwchapman@chapmanlawgroup.com
*Attorney for Defendant-Appellant Timothy Ehn*

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the word limit limitation of Fed. R. App. P. 27(d)(2) because it contains **517** words, excluding any parts exempted by Fed. R. App. P. 27(a)(2)(B).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Garamond, 14-point font for text.

/s/ *Dermot Lynch*
Dermot Lynch
Trial Attorney
U.S. Department of Justice
Fraud Section, Criminal Division

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that the foregoing Motion was this day served upon counsel for Defendants, by notice of electronic filing with the Sixth Circuit CM/ECF system.

DATED: January 29, 2025

                                                           */s/ Dermot Lynch*
                                                         DERMOT LYNCH
                                                         Trial Attorney
                                                         Fraud Section, Criminal Division
                                                         U.S. Department of Justice
                                                         1400 New York Avenue, N.W.
                                                         Washington, DC 20005
                                                         (202) 591-6015
                                                         dermot.lynch@usdoj.gov